

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

BOSTON MUTUAL LIFE INSURANCE
COMPANY

v.

JO-ANN E. WAY

Civil Action
No. 05cv286

## DISCLOSURE STATEMENT FORM

Please check one box:

☒   The nongovernmental corporate party, <u>Boston Mutual Life Insurance Company</u>, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐   The nongovernmental corporate party, _____,
in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock:

_____

January 21, 2005
Date

White and Williams LLP

By: _____
Elizabeth A. Venditta
Attorney I.D. No. 36000
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-6392

Attorneys for Plaintiff,
Boston Mutual Life Insurance Company